# IN THE SUPREME COURT OF ALABAMA



October 10, 2025

**SC-2025-0472**

Ex parte Debra Bracewell PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: Debra Bracewell v. State of Alabama) (Covington Circuit Court: CC-78-26; Criminal Appeals: CR-21-0242).

## <u>CERTIFICATE OF JUDGMENT</u>

WHEREAS, the petition for writ of certiorari in the above referenced cause has been duly submitted and considered by the Supreme Court of Alabama and the judgment indicated below was entered in this cause on October 10, 2025:

**Writ Denied. No Opinion.** Lewis, J. -- Stewart, C.J., and Wise, Sellers, and Cook, JJ., concur.

NOW, THEREFORE, pursuant to Rule 41, Ala. R. App. P., IT IS HEREBY ORDERED that this Court's judgment in this cause is certified on this date. IT IS FURTHER ORDERED that, unless otherwise ordered by this Court or agreed upon by the parties, the costs of this cause are hereby taxed as provided by Rule 35, Ala. R. App. P.

I, Megan B. Rhodebeck, certify that this is the record of the judgment of the Court, witness my hand and seal.

*Megan B. Rhodebeck*

**Clerk, Supreme Court of Alabama**